# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRACI BARDELLI, *et al.*,** : | |
| : | |
| **Plaintiffs** : | **CIVIL ACTION NO. 3:14-0691** |
| : | |
| **v.** : | |
| : | **(JUDGE MANNION)** |
| **ALLIED SERVICES INSTITUTE** | |
| **OF REHABILITATION MEDICINE,** : | |
| : | |
| **Defendants** : | |

## O R D E R

In light of the memorandum issued this same day, defendant's motion to dismiss, (Doc. 8), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 6, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0691-01-order.wpd