IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACI BERARDELLI and JOSEPH BERARDELLI, on behalf of their daughter M.B. , a minor Individually on their own behalf | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| ALLIED SERVICES INSTITUTE OF REHABILITATION MEDICINE | : : : | |
| Defendant | : | No.: 3:14-CV-0691 |

## **ORDER**

AND NOW this _____ day of _____, 2015 upon consideration of Defendant's Motion for Summary Judgment, it is hereby ORDERED that the motion is GRANTED.  Plaintiffs' Complaint is dismissed in its entirety with prejudice.

BY THE COURT:

_____ J.
The Hon. Malachy E. Mannion