# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRACI BARDELLI**, *et al.*, | : |
| | : |
| **Plaintiffs** | CIVIL ACTION NO. 3:14-0691 |
| | : |
| v. | |
| | : (JUDGE MANNION) |
| **ALLIED SERVICES INSTITUTE** | |
| **OF REHABILITATION MEDICINE,** | : |
| **Defendants** | : |

## O R D E R

In light of the memorandum issued this same day, Allied's motion for summary judgment, (Doc. 43), is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** with respect to plaintiffs' ADA and PHRA claims (Counts II and VI), breach of contract claim (Count III) and the IIED claim (Count V). The motion is **DENIED** with respect to plaintiffs' RA claim (Count I) and their remaining state law claim, i.e., negligence claim (Count IV).[1]

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 30, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0691-02-Order.wpd

---

[1] By separate order, the court will schedule the final pre-trial conference and trial dates.