**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TRACI BERARDELLI and** : | |
| **JOSEPH BERARDELLI, on behalf** | |
| **of their daughter M.B., a minor,** : | CIVIL ACTION NO. 3:14-0691 |
| **and individually on their own** | |
| **behalf,** : | (JUDGE MANNION) |
| : | |
| **Plaintiffs** | |
| : | |
| **v.** | |
| : | |
| **ALLIED SERVICES INSTITUTE** | |
| **OF REHABILITATION MEDICINE,** : | |
| **Defendant** : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the plaintiffs' motion *in limine* to preclude the expert testimony of Corey J. Andres, **(Doc. 54)**, is **DENIED**;

**(2)** the plaintiffs' motion *in limine* to preclude evidence about re-training Buddy to wear a t-shirt, **(Doc. 55)**, is **DENIED**;

**(3)** the plaintiffs' motion *in limine* to preclude evidence of M.H.'s allergies, **(Doc. 57)**, is **DENIED**;

**(4)** the plaintiffs' motion *in limine* to preclude evidence of accommodations other than the use of a service dog, **(Doc.**

**59)**, is **DENIED**; and

**(5)**  the defendant's motion *in limine* to preclude and/or limit the expert testimony of Ann Cook, LSW, **(Doc. 56)**, is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  January 27, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0691-03-ORDER.wpd