IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

TRACI BERARDELLI and JOSEPH BERARDELLI, *on behalf of their daughter* M.B., *a minor, and individually on their own behalf*,

        *Plaintiffs*,

v.

ALLIED SERVICES INSTITUTE OF REHABILITATION MEDICINE,

        *Defendant*.
_____

Civil Action No.
3:14-CV-00691-MEM

_____

## NOTICE OF APPEAL
_____

Traci Berardelli and Joseph Berardelli, on behalf of their daughter M.B., a minor and on their own behalf, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on the 3rd day of February, 2017.

        /s/ Nicole Reimann_____
        BATCHIS NESTLE AND REIMANN LLC
        Nicole Reimann, Esq. (PA 57707)
        Leah Snyder Batchis, Esq. (PA 203605)
        116 Bala Avenue
        Bala Cynwyd, PA  19004
        Telephone: (215) 550-1760
        Fax: (215) 550-1768
        Nicole@specialedlawgroup.com

Dated:  March 1, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1ˢᵗ day of March, 2017, I served the foregoing Plaintiffs' Notice of Appeal via electronic mail and ECF, upon the following counsel of record:

>James J. Conaboy, Esq.
>jconaboy@law-aca.com
>Abrahamsen Conaboy & Abrahamsen, P.C.
>1006 Pittston Ave.
>Scranton, PA 18505

>*/s/ Nicole Reimann*
>Nicole Reimann