UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-1469
_____

TRACI BERARDELLI; JOSEPH BERARDELLI, on behalf of their daughter M.B., a minor, and individually on their own behalf,
Appellants

v.

ALLIED SERVICES INSTITUTE OF REHABILITATION MEDICINE
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(M.D. Pa. No. 3-14-cv-00691)
District Judge: Hon. Malachy E. Mannion
_____

Argued: November 14, 2017

Before: AMBRO, KRAUSE, and RENDELL, *Circuit Judges.*
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was argued on November 14, 2017.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court entered on February 3, 2017, be and the same is hereby REVERSED in part and VACATED in part, and the case REMANDED to the District Court for proceedings consistent with the Opinion of this Court. Costs taxed against Appellee.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: August 14, 2018