# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

TRACI BERARDELLI and  
JOSEPH BERARDELLI, *on behalf of their daughter M.B., a minor, and individually on their own behalf*  

      **Plaintiffs**     :   CIVIL ACTION NO. 3:14-0691

      v     :   (JUDGE MANNION)

ALLIED SERVICES INSTITUTE OF REHABILITATION MEDICINE  

      **Defendant**

## ORDER

After a lengthy settlement conference, the parties have come to an agreement to resolve and settle. **IT IS ORDERED THAT** this action be dismissed without costs and without prejudice to the right of either party upon good cause shown, to apply for reinstatement of the action within sixty (60) days of the date of this order if settlement has not been consummated.

*/s/ Malachy E. Mannion*  
**MALACHY E. MANNION**  
United States District Judge

**DATED: February 1, 2019**  
O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2014 ORDERS\14-0691-15.wpd